_____

No. 95-4120
_____

Anthony Kronus Swift,                    *
                                         *
          Appellant,                     *
                                         *
     v.                                  *
                                         *
Story County Jail; Paul H.               *   Appeal from the United States
Fitzgerald, Sheriff; Lt. Gary            *   District Court for the
Foster, Chief Jailer; Sgt. Brent *  Southern District of Iowa.
Upchurch, 2nd Chief Jailer;              *
Matthew Cutts, Classification            *        [UNPUBLISHED]
Officer; Kevin McKinley, Jailer; *
Rodney Bingham, Jailer; Tim              *
Shoppe, Jailer; Sean Slezak,             *
Jailer; Craig McKinney, Jailer; *
Scott Kickbush, Jailer,                  *
                                         *
          Appellees.                     *

_____

Submitted:  September 4, 1996

Filed:  September 19, 1996

_____

Before FAGG, WOLLMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

     Anthony K. Swift appeals an order of the district court[1] dismissing
without prejudice his 42 U.S.C. § 1983 action.  Swift's complaint asserted
that his constitutional rights were violated by the conditions of his
confinement in a "suicidal cell" over the weekend at the Story County Jail.
After reviewing the file, we conclude that the district court did not abuse
its discretion in

_____

[1]The Honorable Ronald E. Longstaff, United States District
Judge for the Southern District of Iowa.

dismissing Swift's complaint without prejudice.  See <u>Denton v. Hernandez</u>, 504 U.S. 25, 33 (1992) (standard of review); <u>Farmer v. Brennan</u>, 114 S. Ct. 1970, 1977 (1994) (test for Eighth Amendment violations in prison); <u>Williams v. Delo</u>, 49 F.3d 442, 445 (8th Cir. 1995) (applying <u>Farmer</u> to conditions-of-confinement claim).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.